UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAHIAM DAVID PATINO GORDILLO,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

Case No. 1:26-cv-4419-DAD-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION

(Doc. Nos. 6, 9, 11, 14)

Petitioner is a federal immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2026, the magistrate judge issued findings and recommendations recommending that the petition be dismissed without prejudice pursuant to petitioner's notice of voluntary dismissal and Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 14.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) That same day, respondent filed a statement of non-opposition to the voluntary dismissal request and the findings and recommendations. (Doc. No. 15.) On October 26, 2026, petitioner filed a notice indicating that he does not object to the findings and recommendations and requesting that the action be dismissed promptly so that he may voluntarily depart the United States. (Doc. No. 16.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on October 15, 2026, (Doc. No. 14) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;
3. All pending motions, (Doc. Nos. 6, 9, 11) are DENIED as having been rendered moot by this order; and
4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 28, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE